**M&W**

**METHFESSEL & WERBEL**
— A Professional Corporation —

| Counsel | | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | TRACY B. BUSSEL> |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | EDWARD D DEMBLING> |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | MICHAEL R. EATROFF> |
| DONALD L. CROWLEY*+ | GERALD KAPLAN+ | TIMOTHY J. FONSECA+ |
| FREDRIC PAUL GALLIN*+^ | STEVEN A. KLUXEN^ | SCOTT V. HECK+ |
| STEPHEN R. KATZMAN# | JOHN R. KNODEL* | FRANK J. KEENAN+^ |
| WILLIAM S.BLOOM>* | MARTIN R. MCGOWAN, JR.> | LESLIE A. KOCH+ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | ALLISON M. KOENKE> |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | DANIELLE M. LOZITO+ |
| | | ANDRES Y. MEJER+ |
| Of Counsel | | KEITH J. MURPHY+ |
| JOHN METHFESSEL, SR.> | | JEFFREY D. NOONAN> |
| | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | MICHELLE M. SCHOTT> |
| | | LEONARD E. SEAMAN, III^ |
| | | GINA M. STANZIALE> |
| | | ADAM S. WEISS> |

April 16, 2009

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC

Please reply to New Jersey

**VIA E-FILING**
Hon. Peter G. Sheridan
United States District Court,
District of New Jersey Trenton
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State St.,
Trenton, NJ 08608

RE:   **DINIZO, NICHOLAS VS. TOWNSHIP OF SCOTCH PLAINS**
      Our File No.      :  67667 ELH
      Docket No.        :  2:07-CV-05327

Dear Judge Sheridan:

Our firm represents the Defendants in the above-captioned matter and has previously filed a Motion for Summary Judgment which is returnable before Your Honor on April 20, 2009. Pursuant to Magistrate Judge Salas' scheduling order, Defendants' reply is due by April 17, 2009.

Please accept this letter as Defendants' formal request for a seven (7) day extension of time within which to file a reply. Should the Court grant this request, Defendants' reply will be filed on or about April 24, 2009.

Our adversary has graciously consented to the aforementioned requested one week extension.

SO ORDERED: *[signature] Peter M Sheridan*
DATED: 4/16/09

Very truly yours,
**METHFESSEL & WERBEL, ESQS.**

*[signature]*

Leslie Koch
koch@methwerb.com
Ext. 127

LAK:lak:tmn

3 Ethel Road ~ Suite 300 ~ P.O. Box 3012 ~ Edison, NJ 08818 ~ (732) 248-4200 ~ FAX (732) 248-2355
450 Seventh Avenue ~ Suite 1400 ~ New York, New York 10123 ~ (212) 947-1999 ~ FAX (212) 947-3332
www.njinslaw.com